AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-247 |
| Ruben Reyna | ) Assigned To: Magistrate Judge Zia Faruqui |
| DOB: ▮ | ) Date: 9/7/2023 |
|  | ) Description: Complaint with Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 6, 2021____ in the county of _____ in the _____ in the District of ____Columbia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,

18 U.S.C. § 1752(a)(2) - Knowingly, and with Intent to Impede or Disrupt the Orderly Conduct of Government Business,

40 U.S.C. § 5104(e)(2)(D) - Utter Loud, Threatening, or Abusive Language, or Engage in Disorderly or Disruptive Conduct,

40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in Any of the Capitol Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __08/28/2023__

_____
*Judge's signature*

City and state: ____Washington, D.C.____   ____Zia M. Faruqui, U.S. Magistrate Judge____
*Printed name and title*