AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Ruben Reyna

*Defendant*

)
) Case: 1:23-mj-247
) Assigned To: Magistrate Judge Zia Faruqui
) Date: 9/7/2023
) Description: Complaint with Arrest Warrant
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Ruben Reyna,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with Intent to Impede or Disrupt the Orderly Conduct of Government Business;
40 U.S.C. § 5104(e)(2)(D) - Utter Loud, Threatening, or Abusive Language, or Engage in Disorderly or Disruptive Conduct;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in Any of the Capitol Buildings.

Date:   08/28/2023

*Issuing officer's signature*
Zia M. Faruqui
2023.09.07 14:33:27
-04'00'

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* Sept. 8, 2023, and the person was arrested on *(date)* Sept. 10, 2023
at *(city and state)* Romulus, MI.

Date:   Sept. 10, 2023

*Arresting officer's signature*

Brett Mason, Special Agent
*Printed name and title*