May 13, 2024

Leonel Reyna Jr.
███ Pheasant Run
Southgate, MI 48195

313-█████

To: The Honorable Colleen Kollar-Kotelly
United States District Court

Dear Judge Kollar-Kotelly,

I am writing you this letter in support and as a character reference for Ruben Reyna. I have known Ruben since the day he was born, which is 33 years. He is my younger cousin, and I am proud to say he is a person of good character.

Growing up living next door to each other, I had the opportunity to observe Ruben closely. He has always been a hardworking, dedicated, and generous person. He is always willing to lend a helping hand to those in need. I have firsthand experiences to these character traits. When I bought my first house, he helped me paint the interior of the house as a favor. We worked long days getting it ready and he never complained. When he sold his house in Allen Park, he gave me his newer living room set for free. I offered him money for it, however he declined to accept any payment for it.

Ruben's a valuable member of our family and of our community who has made a positive impact on those around him. I firmly believe he is remorseful for his actions and is committed to correcting course and moving forward in a positive direction.

In conclusion, I respectfully urge Your Honor to consider the positive aspects of Ruben's character when determining an appropriate sentence. Thank you for considering my perspective on this matter.

Sincerely,

*Leonel Reyna Jr.*

Leonel Reyna Jr.