UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         CASE NO.: 23-cr-350 CKK

RUBEN REYNA,

        Defendant.

_____/

## **SUPPLEMENTAL MEMORANDUM REGARDING DEFENDANT'S JUNE 14 SENTENCING**

On June 24, 2024, Ruben Reyna filed a request asking this Court to (1) modify his sentence so that he could serve ten days of incarceration initially, followed by an additional four days before the expiration of his term of supervised release, and (2) allow him to report on September 8, 2024, to accommodate the project build schedule he is overseeing for his employment.

On June 26, 2024, the project build schedule was amended. Mr. Reyna amends his prior request and asks that he be allowed to serve the initial 10 or 14 days either (1) on July 19, 2024, or (2) on September 22, 2024. Mr. Reyna would prefer the later date because he needs to notify his employer, and more notice is better than less.

                                            Respectfully submitted,

1

**FEDERAL COMMUNITY DEFENDER**

s/James R. Gerometta
Assistant Federal Defender
613 Abbott Street, Suite 500
Detroit, MI 48226
Phone: 313-967-5839
E-mail: james_gerometta@fd.org
P60260

Dated: June 27, 2024