UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 23-cr-350 (CKK) |
| : | |
| **RUBEN REYNA,** : | |
| : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S PROPOSED REPORT DATES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notes that it does not object to either of the report dates proposed by the defendant, Ruben Reyna, in his June 27, 2024, memorandum. ECF No. 32.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Sean J. Brennan*
SEAN J. BRENNAN
Assistant United States Attorney
NY Bar No. 5954128
601 D Street NW
Washington, DC 20530
sean.brennan@usdoj.gov
(202) 252-7125