UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
       Plaintiff,

-vs-

                          CASE NO. 23-CR-00350

                          Hon. Colleen Kollar-Kotelly

RUBEN REYNA,

       Defendant.
_____/

## MOTION TO EXTEND DEFENDANT'S DATE
## TO REPORT TO THE BUREAU OF PRISONS

    Now comes Defendant Ruben Reyna, through counsel, and moves this Court to adjourn his report date to the Bureau of Prisons from September 22, 2024, to March 14, 2025 (or in the alternative until October 8, 2024). Defendant understands that this is an unusually long extension to request but believes it is justified by his need to accrue another week of vacation, enabling him to maintain his employment (employment he did not have at the time of his offense). Mr. Reyna believes that it is in both his and the public's interest to be able to maintain his employment as an engineer. Mr. Reyna files a supporting brief.

                                                 Respectfully Submitted,

                                                 <u>/s/ James R. Gerometta</u>
                                                 Law Office of James Gerometta, PLLC
                                                 27 E. Flint St.
                                                 Suite 2
                                                 Lake Orion, MI 48362
                                                 (313) 530-9505
                                                 james@geromettalaw.com

Dated: August 22, 2024

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
        Plaintiff,

-vs-

        CASE NO. 23-CR-00350

        Hon. Colleen Kollar-Kotelly

RUBEN REYNA,

        Defendant.
_____/

## BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND REPORT DATE TO THE BUREAU OF PRISONS

    Ruben Reyna is an engineer at Ford Motor Company. He only recently began this job. For his participation in the riots of January 6, 2021, this Court sentenced him to 14 days of custody. At his sentencing, he requested that he be allowed to serve his sentence intermittently so that he would not lose his job. The Court was not opposed to this but believed that the Bureau of Prisons would not honor this sentence and stated that it would impose 14 days of custody. The Court gave Mr. Reyna additional time to try to work out time off from his employment before it entered its judgment.

    Mr. Reyna had a planned slowdown in his work schedule that he thought would allow him to take his week of vacation on September 22, 2024. Additionally,

counsel for Mr. Reyna believed he had found a mechanism where Mr. Reyna could serve part of his sentence intermittently. Mr. Reyna, through counsel, filed a request for this intermittent sentence and asked that it begin on September 22, 2024.

The Court granted Mr. Reyna's request and imposed this sentence on July 15, 2024. The Government, however, filed a motion to reconsider, and the Court entered an amended judgment on July 25, 2024. This amended judgment imposed a 14-day custodial sentence to begin on September 22, 2024.

In the meantime, Mr. Reyna's production schedule changed, and it became impossible for him to miss work in late September. While contemplating what to do, Mr. Reyna filed a notice of appeal on the 14th day after his judgment.

Mr. Reyna has consulted his supervisor about his work schedule. He will receive a second week of vacation in 2025. The project he is currently managing ends in March. Mr. Reyna requests that his report date to the Bureau of Prisons be extended to March 14, 2025. This extension will guarantee that he will keep his job.

If the Court declines this extension. He requests a more modest extension until October 8, 2024. This shorter extension may allow him to keep his job, but he is unsure. He cannot report on September 22, 2024, and maintain his employment.

Mr. Reyna respectfully requests an extension of his report date to the Bureau of Prisons to March 14, 2025, or, barring that, October 8, 2024.

The Government has been consulted regarding this request. They oppose an extension to March 2025, but do not oppose an extension to October 2024.

                                      Respectfully Submitted,

                                      /s/ James R. Gerometta
                                      Law Office of James Gerometta, PLLC
                                      27 E. Flint St.
                                      Suite 2
                                      Lake Orion, MI 48362
                                      (313) 530-9505
                                      james@geromettalaw.com

Dated: August 22, 2024