## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
         Plaintiff,

 -vs-

                               CASE NO.  23-CR-00350

                               Hon. Colleen Kollar-Kotelly

RUBEN REYNA,

         Defendant.

_____/

### SECOND MOTION AND INCORPORATED BRIEF TO AMEND DEFENDANT'S DATE TO REPORT TO THE BUREAU OF PRISONS TO OCTOBER 8, 2024

Now comes Defendant Ruben Reyna, through counsel, and moves this Court to amend his report date to the Bureau of Prisons from October 4, 2024, to October 8, 2024.

Counsel recently left the Federal Public Defender but decided to finish Mr. Reyna's case without compensation so that it would not be necessary to appoint an attorney for what was hoped to be minimal post-sentencing proceedings.

On September 11, 2024, Defendant asked for a correction of his report date because his first request for an extension contained a scrivener's error in the requested date. The court timely granted this request on September 13, 2024.

For reasons unknown, it appears the CM/ECF notice was copied into the wrong client folder and not sent to Mr. Reyna. (Counsel is in the process of refining his new office systems to make sure this does not happen again).

In the meantime, Mr. Reyna received a letter instructing him to report on October 8, 2024.  Mr. Reyna, seeking to comply with his obligations, managed to set up necessary meetings with his employer for the weekend of October 4, 2024, this allowed him to report on October 8, 2024.

Mr. Reyna is now aware that his report date is October 4, 2024. He does not believe he has enough time to move his meetings and requests an extension to October 8, 2024.

This will be Mr. Reyna's final request.  Counsel (again) apologizes for the extra work this is causing the Court.  The Government does not oppose this request.

Respectfully Submitted,

/s/ James R. Gerometta
Law Office of James Gerometta, PLLC
27 E. Flint St.
Suite 2
Lake Orion, MI 48362
(313) 530-9505
james@geromettalaw.com

Dated: September 25, 2024